FILED
2019 Jun-14 PM 03:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| FLOYD EDWARD WELLS, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 4:19-cv-0320-MHH-SGC |
| CHEROKEE COUNTY JAIL, et al., | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

The magistrate judge filed a report on May 14, 2019, recommending that this action be dismissed without prejudice for lack of prosecution. (Doc. 6). The magistrate judge advised the plaintiff of his right to file specific written objections within 14 days. More than 14 days have passed, and no objections have been filed.

Having reviewed and considered the materials in the court record, including the report and recommendation, the Court adopts the magistrate judge's report and accepts her recommendation. By separate order, the Court will dismiss this action for failure to prosecute.

**DONE** this 14th day of June, 2019.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE